**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny Terrell SMITH, Defendant–
Appellant.**

**No. 05–40607.**

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

Heather Harris Rattan, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Donald Lee Bailey, Sherman, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

Johnny Terrell Smith appeals following his guilty plea and sentence for conspiracy to manufacture, distribute, or possess with intent to manufacture, distribute, or dispense cocaine base. Smith argues, in reliance on *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), that his sentence violates the Sixth Amendment. The instant appeal is barred, however, by the plain language of Smith's knowing and voluntary appeal waiver in the plea agreement. *See United States v. Bond,* 414 F.3d 542, 545–46 (5th Cir.2005); *United States v. McKinney,* 406 F.3d 744, 746–47 (5th Cir.2005).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

